**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 14-2014**

———

In re: ANTHONY GENE TRAPPIER,

Petitioner,

———

On Petition for Writ of Mandamus.
(4:09-cr-00340-TLW-1)

———

Submitted:  December 18, 2014          Decided:  December 22, 2014

———

Before SHEDD, WYNN, and THACKER, Circuit Judges.

———

Petition denied by unpublished per curiam opinion.

———

Anthony Gene Trappier, Petitioner Pro Se.

———

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Gene Trappier petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2255 (2012) motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court has denied Trappier's § 2255 motion. Accordingly, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED